IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-680-WYD-BNB

RALPH ARTHUR,

    Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE CO.,

    Defendant(s).

---

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on a Joint Stipulation for Dismissal With

Prejudice [# 25], filed January 4, 2007.  After careful review of the stipulation and the

file, the Court has concluded that the stipulation should be approved and that Plaintiff's

claims against the Defendant should be **DISMISSED WITH PREJUDICE**.  Accordingly,

it is

    ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED**; and

that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**, each

party to pay its own attorneys fees and costs.

    Dated:  January 8, 2007

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge